MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

*MARTIN SALINAS*   v.   *ARIZONA ATTORNEY GENERAL, STATE OF., et al.*

THE HONORABLE JOHN W. SEDWICK          CASE NO. 2:06-cv-01005 (JWS)

PROCEEDINGS:   **ORDER FROM CHAMBERS**          Date: October 29, 2007

    In a report at docket 14, Magistrate Judge Duncan recommends that the petition at docket 1 be denied. No objections have been filed. In a case such as this, the district court reviews all recommended findings of fact as to which an objection has been taken and the recommended application of the law to the facts *de novo*. This court reviews all other recommended findings of fact for clear error. Applying those standards here, this court finds that the recommendation at docket 14 is in all material respects correct. The report at docket 14 is **ADOPTED**. Based thereon, the petition at docket 1 is **DENIED**. The Clerk will please enter judgment accordingly.